## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOU ANDREOZZI and LISA ANDREOZZI, KASPER LARSEN and KIMBERLY WESTON, and RICHARD KAYE and ROBIN KAYE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>Defendant. | Case No. 2:17-cv-05763-MCA-SCM<br>Dist. Judge Madeline Cox Arleo<br>Mag. Judge Steven C. Mannion<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Lou Andreozzi, Lisa Andreozzi, Kasper Larsen, Kimberly Weston, Richard Kaye, and Robin Kaye ("Plaintiffs") and Defendant Weyerhaeuser Company ("Weyerhaeuser") through their undersigned counsel, hereby stipulate to the voluntary dismissal of all claims and causes of action in this case, with prejudice, without any findings of liability, wrongdoing, admissions, fault, or damages of any kind and with Plaintiffs and Weyerhaeuser each bearing their own attorneys' fees and costs.

| | |
|---|---|
| Date: August 30, 2019 | */s/Jacob M. Polakoff*<br>BERGER MONTAGUE PC<br>Shanon J. Carson (*pro hac vice*)<br>Lawrence Deutsch (NJ Bar No. 034971986)<br>Jacob M. Polakoff (NJ Bar No. 035832006)<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA  19103<br>Telephone: (215) 875-4656<br>Facsimile:  (215) 875-4604<br>Email:  scarson@bm.net<br>            ldeutsch@bm.net<br>            jpolakoff@bm.net<br><br>BERGER & MONTAGUE, P.C.<br>E. Michelle Drake (*pro hac vice*)<br>Joseph C. Hashmall (*pro hac vice*)<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Telephone: (612) 594-5933<br>Facsimile:  (612) 584-4470<br>Email:   emdrake@bm.net<br>             jhashmall@bm.net<br><br>*Counsel for Plaintiffs and the Proposed Classes* |
| Dated: August 30, 2019 | */s/Robert C. Collins, III*<br>MORGAN LEWIS & BOCKIUS LLP<br>John McGahren (NJ Bar No. 046791990)<br>Sean Patrick Lynch (NJ Bar No. 021172002)<br>502 Carnegie Center<br>Princeton, NJ 08540<br>Telephone:  (609) 919-6600<br>Facsimile:  (609) 919-6701<br>Email:  john.mcgahren@morganlewis.com<br>            sean.lynch@morganlewis.com<br><br>PERKINS COIE LLP<br>Jeffrey D. Vanacore<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112<br>Telephone:  (212) 262-6912<br>Facsimile:  (212) 977-1642<br>Email: jvanacore@perkinscoie.com |

LATHAM & WATKINS LLP
Mark S. Mester (*pro hac vice*)
Mary Rose Alexander (*pro hac vice*)
Robert C. Collins III  (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email: mark.mester@lw.com
      mary.rose.alexander@lw.com
      robert.collins@lw.com

*Counsel for Defendant Weyerhaeuser Company*